

# CAPRICE
### THE AMBASSADOR-AT-LARGE OF THE KINGDOM OF HEAVEN

Consulate - South
3166 Boulder Creek Road
Snellville, GA 30039-4788
347-530-4025

caprice.caprice@ymail.com

**EDIFU NIAJN INFANOJN**



**EXODUS 2**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**FEB 2 3 2026**

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

...kind To The Next Quantum Level; From Homo Sapiens, To Homo Creators.

*"THE ONLY LIMIT TO OUR REALIZATION OF TOMORROW WILL BE OUR DOUBTS OF TODAY. LET US MOVE FORWARD WITH STRONG AND ACTIVE FAITH." (FDR)*

**CAPRICE CAPRICE** - Founder, Facilitator & OEO - ambassador.caprice@gmail.com

Hon. TIFFANY R. JOHNSON
***PRO SE* CLERK'S OFFICE**
Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Ms. Toni Roberts, Esquire
CEO Atlanta Bar Asso.

February 16th, 2026

Re.: <u>**CAPRICE CAPRICE -vs- United States of America.**</u>
<u>**26-CV-158(TRJ)(USDC-NDGA)**</u>

DEAR SIR or MADAM:

Please entertain my attached **Revised Amended COMPLAINT.**

Magistrate Judge Lawrence R. Sommerfeld is *Off Base* in his ORDER of February 9th, 2026, in that he says: "This case appears to involve alleged constitutional violations related to a 2017 misdemeanor charge for smoking marijuana on the courthouse steps." THAT is Soooo Misguided !!!

In my Complaint, at paragraph No. 14, I Clearly State That: "14. This Position is Supported by 17-MJ-00355- JFK(USDC-NDGA). Wherein the United States **Dismissed** this SECOND WEED Violation against me without having **Opposed** the Merits of my September 7th, 2016 COMPLAINT, Docket No. 16-CV-3344 (LTW)(RWS), and my August 8th, 2017 *Habeas Corpus* Petition; thereby effectively pleading *Nolle Prosequi* and *Nolo Contendere* to my **Complaint**, and my **Petition** *Pro Se*, in the absence of any other *"Legally Recognized Basis"* for those Dismissals." (Attached)

I am Clearly Fighting for the Legalization of WEED, Retroactive to Sept. 7th, 2016, for ALL who Profess that they are a **SHORTY'S SHORTY,** pursuant to **The Religious Freedom Restoration Act of 1993, Title 42 USC Sec. 2000bb.**

**PLEASE** don't let anybody Dismiss this Complaint on such Misguided Information — That would Really make ALL of you look **SOOOOOOO STOOPID!**

THANK YOU VERY MUCH, in Advance, for Your HELP.

ALSO, PLEASE send me a copy of:
13-CV-3921 (LTW)(RLV)(NDGA);
I Promise To Pay Any Fees Related
To This Request. Thanks !!!

Keep Smiling,

_____
Caprice Caprice

*The Red was Addressed on Valentine's Day.*
*on Valentine's Day.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

CAPRICE CAPRICE f/k/a
NORMAN B. CALVERT

*versus*

THE UNITED STATES OF
AMERICA

Civil Action Number

1:26-cv-158-TRJ

## ORDER

This case is before the undersigned for a determination of Plaintiff's
eligibility for *in forma pauperis* (IFP) status. Having reviewed Caprice
Caprice's amended affidavit of indigency [Doc. 4], I find that he meets
the financial requirements for IFP status, and **GRANT** the request to
proceed IFP under 28 USC § 1915(a). This case appears to involve alleged
constitutional violations related to a 2017 misdemeanor charge for
smoking marijuana on the courthouse steps. As a result, the matter is
not automatically referred to a Magistrate Judge for resolution. The
undersigned defers to the District Judge any determination as to
whether the filing is frivolous, including whether this Court has subject
matter jurisdiction, and ought to be dismissed under 28 USC
§ 1915(e)(2)(B), along with any instructions to the parties regarding
service and case management.

SO ORDERED, February 9, 2026.

LAWRENCE R. SOMMERFELD
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
------------------------------------------------X

| | |
|---|---|
| CAPRICE CAPRICE | x |
| -fka- | x |
| NORMAN B. CALVERT | x |
| Plaintiff *Pro Se* | x |
| -and- | x |
| | x |
| ANY AND ALL OTHER CO- | x |
| COMPLAINANTS WHO WERE | x |
| ADVERSELY AFFECTED AND/ | x |
| OR IMPRISONED, BY AME- | x |
| RICA'S OUTRAGEOUSLY | x |
| RESTRICTIVE WEED LAWS | x |
| FOR YEARS AND YEARS AND | x |
| YEARS SINCE SEPT. 7, 2016. | x |
| against- | x |
| | x |
| The United States of America | x |
| Defendant | x |
| | x |
| | x |

------------------------------------------------X

*Pro Se*

# REVISED AMENDED
# C O M P L A I N T

Pursuant To
## Public Law 103-141,
## The Religious Freedom
## Restoration Act of 1993;
codified at: 42 USC Sec. 2000bb;
and
## SCOTUS Ruling 09-10323
and
## U.S. Constitutional
## Amendments 1, 4, 5, and 14;
and
## and MOST IMPORTANTLY
1:17-MJ-00355-JFK(USDC-NDGA)

Docket No. **26-CV-158(TRJ)**

## JURY TRIAL DEMANDED

**CAPRICE CAPRICE, *Pro Se,*** under Penalty of Perjury, Alleges That: I am an 81 year old Decorated and Disabled Viet Nam Veteran, with **TWO** Honorable Discharges from the U.S. Army, I am Rated by the Veterans Administration as 100% Service Connected Psychiatric Disabled.

1. I am the Plaintiff, *Pro Se*, in the above captioned COMPLAINT.

2. I am a Layman in matters of the Law, and I request that this Honorable Court liberally interpret my *Pro Se* COMPLAINT according to the U.S. Supreme Court's ruling in *Hains v. Kerner*, 404 U.S. 519, 92 S. Ct. 652 (1972): "When reviewing *pro se* complaints, the court must employ standards less stringent than if the complaint had been drafted by counsel.

controlled under Schedule 111 of the CSA. Schedule 1 drugs are defined as drugs with no currently accepted medical use, a high potential for abuse, and a lack of accepted safety for use of the drug under medical supervision. Schedule 111 drugs are classified as having a potential for abuse less than the drugs or other substances in Schedule 1 and 11, a currently accepted medical use in treatment in the United States, and a potential for moderate or low physical dependence or high psychological dependence in the event of drug abuse."

11. By way of comparison, Schedule 111 drugs include powerful medications such as codeine, ketamine, and some opioids, all of which are available only by prescription and subject to medical oversight once prescribed, while Schedule 1 drugs are never lawful for medical use.

12. Looking forward, an eventual rescheduling would impact employer obligations to disabled individuals under the Americans with Disabilities Act, who may be entitled to reasonable accommodations of prescription WEED use. (In fact, for many years there have been a few prescription medications that contain WEED derivatives available by prescription).

13. It is the Plaintiff *Pro Se's* Belief that the Defendant **MUST** Correct this Prior Fatal Flaw, **BEFORE** They can Proceed to More Significant Matters with THIS **Religious Freedom/Persecution** Complainant

14. This Position is Supported by **17-MJ-00355- JFK(USDC-NDGA).** Wherein the United States **Dismissed** this **SECOND WEED Violation** against me without having **Opposed** the Merits of my September 7th, 2016 **COMPLAINT, Docket No. 16-CV-3344(LTW)(RWS),** and my August 8th, 2017 *Habeas Corpus* **Petition**; thereby effectively pleading *Nolle Prosequi* and *Nolo Contendere* to my **Complaint,** and my **Petition** *Pro Se*, in the absence of any other *"Legally Recognized Basis"* **for those Dismissals.**

15. On May 1st, 2018 I moved to establish that my Constitutional Rights to use **WEED** in my Meditative Pursuits to *AUTOENTHEOIZE* Extended to the States, and I entered the Gwinnett County Jail in an attempt to distribute my

read it **ABSOLUTELY FREE**, in 66 Different Languages on my Website, **exodus2.org/IAmCaprice**, so that the Jury can Learn About Me and my **COMPLAINT** Against The United States; and **GRANT** any such other and further Relief as this Honorable Court might Deem to be Just, Proper, and Equitable.

DATED: Snellville, GA; 30039-4788
February 16th, 2026



For **THE APOTHEOSIS,**

**Caprice Caprice**
**Plaintiff *Pro Se***
3166 Boulder Creek Road
Snellville, GA  30039-4788
Cell: (347) 530-4025

## "The Chickens have come home to Roost"
(Brother Malcolm X)

## "These who have turned the world upside down, have come here too."
(Acts 17:6)

# "*VERBUM SAT SAPIENTI!*"

C Price

3166 Boulder Creek Road
Swellville, GA 30039



ATLANTA GA RPDC 302

17 FEB 2026   PM 5  L

CLEARED DATE

FEB 19 2026

U.S. Marshals Service
Atlanta, GA 30303

Honorable Tiffany R.
United States District Court Judge
Northern District of Georgia.
75 Ted Turner Drive, SW
Atlanta, GA   30303-3309



30303-331861

